# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 11-03330 |
| IN THE LOOP-CHICAGO, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
RICHARD M. FOGEL____, trustee of the above styled estate, has filed a Final Report and the
trustee and the trustee's professionals have filed final fee applications, which are summarized in
the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved
prior to the Final Report must file a written objection within 21 days from the mailing of this
notice, serve a copy of the objections upon the trustee, any party whose application is being
challenged and the United States Trustee.  A hearing on the fee applications and any objection to
the Final Report will be held at **10:30 a.m. on September 21, 2011 in Courtroom 642**, United
States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may
pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: __August 24, 2011_____          By:  __/s/  Richard M. Fogel_____
                                                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: IN THE LOOP-CHICAGO, INC.                    §    Case No. 11-03330
                                                    §
                                                    §
Debtor(s)                                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $          6,067.15

*and approved disbursements of*             $             11.64

*leaving a balance on hand of* [1]          $          6,055.51

**Balance on hand:**              $          6,055.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Bank of America, N.A. | 88,806.00 | 88,806.00 | 0.00 | 1,698.79 |

Total to be paid to secured creditors:    $    1,698.79
Remaining balance:                         $    4,356.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,356.72 | 0.00 | 1,356.72 |
| Accountant for Trustee, Fees - CJBS, LLC | 3,000.00 | 0.00 | 3,000.00 |

Total to be paid for chapter 7 administration expenses:    $    4,356.72
Remaining balance:                                          $       0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 591,366.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 12,719.68 | 0.00 | 0.00 |
| 2 | BBJ Linens, Inc. | 8,429.21 | 0.00 | 0.00 |
| 3 -2 | A-1 Airport Limousine Service, Inc. | 63,440.90 | 0.00 | 0.00 |
| 4 | Hinshaw & Culbertson LLC | 10,237.50 | 0.00 | 0.00 |
| 5 | Le Passage | 1,804.69 | 0.00 | 0.00 |
| 6 | Bank of America, N.A. | 451,149.58 | 0.00 | 0.00 |
| 8 | FIA Card Services, NA/Bank of America | 43,584.49 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $          0.00 |
| Remaining balance: | $          0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $          0.00 |
| Remaining balance: | $          0.00 |

Prepared By:  /s/RICHARD M. FOGEL
_____
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-03330-SPS
IN THE LOOP-CHICAGO, INC.                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: acox           Page 1 of 2           Date Rcvd: Aug 25, 2011
                           Form ID: pdf006       Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2011.
```
db          +IN THE LOOP-CHICAGO, INC.,    900 N Franklin St Ste 403,    Chicago, IL 60610-3168
aty         +John F Hiltz,   Hiltz & Wantuch LLC,    53 West Jackson Blvd.,   Suite 205,
              Chicago, IL 60604-3673
tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
17160121    +A-1 Airport Limousine Service, Inc.,   c/o Richard L. Lucas,   Lucas & Apostolopoulos, Ltd.,
              881 West Lake Street,   Addison,IL 60101-2044
16732449    +Al Airport Limousine Service,    114 East lake St.,    Bloomingdale, IL 60108-1169
16732454    +AT&T,   PO BOX 8100,    Aurora, IL 60507-8100
16732450    +Adaptive Easel,    1304 W. Washington Blvd,    Chicago, IL 60607-1928
16732451    +American Express,    PO BOX 001,   Los Angeles, CA 90096-8000
16732452    +Andrew Schorr,    2041 N. Magnolia,   Unit B,    Chicago, IL 60614-4032
16732453    +Aries Charter Transportation,   931 W. 75th Street,    Suite 137-258,    Naperville, IL 60565-1294
16732458    +BBJ Linens, Inc.,    7855 Gross Point road,    Skokie, IL 60077-2646
16732456     Bank of America,    475 Cross Point Pkwy,    PO Box 9000,   Getzville, NY 14068-9000
16732455    +Bank of America,    125 S. LaSalle,    Chicago, IL 60603-4157
17479093    +Bank of America, N.A.,    c/o Christopher A. Cahill,   LOWIS & GELLEN LLP,    200 West Adams Street,
              Suite 1900,   Chicago, IL 60606-5229
16732457    +Bart Louhi,    6014 N. Wolcott Ave.,   #3N,    Chicago, IL 60660-3912
16732459    +Bloomingdales,   Attn: Jennifer Oglesby,    900 N Michigan Ave,    Chicago, IL 60611-1515
16732460    +Blue Plate Events,    1061 W van Buren Street,    Chicago, IL 60607-2915
16732461    +Bon Appetit,    111 S Michigan Ave,    Chicago, IL 60603-6110
16732462    +Botanicals, Inc.,    2214 N Elston,    Chicago, IL 60614-2906
16836776    +CIT TECHNOLOGY FINANCING SERVICES, INC.,   c/o Weltman, Weinberg & Reis Co.,,
              175 S. Third St.,   Ste 900,    Columbus, OH 43215-5166
16732463    +Carmel Music and Entertainment, LLC,    PO Box 6115,    Evanston, IL 60204-6115
16732464    +Chicago Classic Coaches,    401 E. Prospect Ave.,    Suite 106,   Mount Prospect, IL 60056-3360
16732465    +Chicago Trolley,    615 W. 41st Street,    Chicago, IL 60609-2643
16732467    +City Lights Music, Inc.,    The Grand Ohio Building,    211 E. Ohio St. Suite 2124,
              Chicago, IL 60611-7212
16732468    +Coach USA,   Coach USA 4400 S. Racine,    Chicago, IL 60609-3313
16732469     DMS Destination Marketing Services,    Westfield Towers 100 William Street,
              Sydney, NSW 2011 AUSTRALIA
16732470    +Executive Coach Service,    9982 Andersen Ave,    Chicago Ridge, IL 60415-1424
17482053     FIA Card Services, NA/Bank of America and MBNA,    America Bank, N.A.,
              by American InfoSource LP as its agent,    PO Box 248809,    Oklahoma City, OK  73124-8809
16732471    +Field Museum of Natural History,   Attn: Amy Bornkamp Dept. of Special Even,
              1400 S. Lake Shore Drive,    Chicago, IL 60605-2827
16732472     Fifth Third Bank,    PO Box 740523,    Cincinnati, OH 45274-0523
16732473    +Food For Thought Catering,    7001 Ridgeway,    Lincolnwood, IL 60712-2619
16732474    +Franklin Square,    900 N. Franklin Street,    Suite 405,    Chicago, IL 60610-3168
16732475    +Frost Lighting Co. of Illinois, Inc.,    PO Box 146576,    Chicago, IL 60614-6576
16732476     Globalcom, Inc.,    PO Box 71-5248,    Columbus, OH 43271-5248
16732477    +Hall's Rental,    6130 West Howard,    Niles, IL 60714-3402
16732478     Hinckley Springs,    PO Box 660579,    Dallas, TX 75266-0579
16732479    +Hinshaw & Culbertson LLC,    222 N. LaSalle Street,    Suite 300,    Chicago, IL 60601-1081
16732480    +Hosts Destination Services, LLC,    1001 Connecticut Ave, NW,    Suite 909,
              Washington, DC 20036-5524
16732481    +Ivan Carlson & Assoc. Inc.,    2224 W. Fulton,    Chicago, IL 60612-2206
16732482    +Kardas Photography Inc.,    2635 N Albany,    Chicago, IL 60647-1601
16732483     Kloeckner Preferred Florist,    3214 West 55th Street,    Chicago, IL 60632-2697
16732484     Konica Minolta Business Solutions USA,    Dept. CH 19188,    Palatine, IL 60055-9188
16732485    +Le Passage,   C/O heather Hogden,    1640 N. Damen Ave.,    Chicago, IL 60647-5553
16732486     Moore Stephens of North America,    Park 80 West,    Plaza 11, Suite 200,    Saddle Brook, NJ 07663
16732487    +My Pro Bookkeepers, Inc.,   Attn: Daniel Carnet,    100 Tower Drive, Suite 224,
              Willowbrook, IL 60527-5778
16732488    +Odyssey,    401 E. Illinois,    Suite 310,    Chicago, IL 60611-5363
16732491    +Prestige Resorts & Destinations,    700 E. Lake St.,    2nd Floor,    Wayzata, MN 55391-1713
16732492     Prudential Life,    213 Washington St.,    Newark, NJ 07102-2992
16732494    +RF Communications,    1701 W. Quincy Ave. Suite 29,    Naperville, IL 60540-6683
16732493     Reliance Trust Company,    1100 Abernathy Road 500,    Northpark Suite 400,
              Atlanta, GA 30328-5646
16732495    +Shedd Aquarium,    1200 S. lake Shore Drive,    Chicago, IL 60605-2490
16732496    +USA Hosts Alliance,   Attn: Mandy Schwalb,    365 Canal Street, Suite 1400,
              New Orleans, LA 70130-1123
16732497    +Windy City Limousine,    9377 W. Grand Ave.,    Suite 200,    Franklin Park, IL 60131-3410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16732466     E-mail/Text: citjaxbankruptcy@cit.com Aug 26 2011 12:20:57     CIT Technology Financial Services,
              21146 Network Place,    Chicago, IL 60673-1211
16732489     E-mail/Text: bankruptcy@paetec.com Aug 26 2011 12:22:59     Paetec,    PO Box 3243,
              Milwaukee, WI 53201-3243
16732490     E-mail/Text: bankruptcy@pb.com Aug 26 2011 12:22:03     Pitney Bowes,    1 Elmcroft Road,
              Stamford, CT 06926-0700
```

```
District/off: 0752-1            User: acox               Page 2 of 2               Date Rcvd: Aug 25, 2011
                               Form ID: pdf006          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
                                                                                  TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2011**                     **Signature:**       _Joseph Speetjens_