**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: IN THE LOOP-CHICAGO, INC.                §   Case No. 11-03330
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $15,264.87<br>*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,395.92 | Claims Discharged<br>Without Payment: $1,002,776.45 |
| Total Expenses of Administration: $3,671.31 | |

    3) Total gross receipts of $ 6,067.23   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $6,067.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $445,392.39 | $88,806.00 | $88,806.00 | $2,395.92 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,368.36 | 3,671.31 | 3,671.31 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 542,310.70 | 591,366.05 | 591,366.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $987,703.09 | $684,540.41 | $683,843.36 | $6,067.23 |

4) This case was originally filed under Chapter 7 on January 28, 2011. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2011          By: /s/RICHARD M. FOGEL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable- Royalties | 1221-000 | 6,067.00 |
| Interest Income | 1270-000 | 0.23 |
| **TOTAL GROSS RECEIPTS** | | **$6,067.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bank of America, N.A. | 4210-000 | 445,392.39 | 88,806.00 | 88,806.00 | 2,395.92 |
| **TOTAL SECURED CLAIMS** | | | **$445,392.39** | **$88,806.00** | **$88,806.00** | **$2,395.92** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,356.72 | 1,356.72 | 1,356.72 |
| CJBS, LLC | 3410-000 | N/A | 3,000.00 | 2,302.95 | 2,302.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 11.64 | 11.64 | 11.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,368.36 | 3,671.31 | 3,671.31 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | 2,889.82 | 12,719.68 | 12,719.68 | 0.00 |
| 2 | BBJ Linens, Inc. | 7100-000 | 8,291.00 | 8,429.21 | 8,429.21 | 0.00 |
| 3 -2 | A-1 Airport Limousine Service, Inc. | 7100-000 | 63,068.10 | 63,440.90 | 63,440.90 | 0.00 |
| 4 | Hinshaw & Culbertson LLC | 7100-000 | 10,237.50 | 10,237.50 | 10,237.50 | 0.00 |
| 5 | Le Passage | 7100-000 | 1,804.69 | 1,804.69 | 1,804.69 | 0.00 |
| 6 | Bank of America, N.A. | 7100-000 | 44,609.19 | 451,149.58 | 451,149.58 | 0.00 |
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 43,584.49 | 43,584.49 | 0.00 |
| NOTFILED | Hall's Rental | 7100-000 | 6,694.50 | N/A | N/A | 0.00 |
| NOTFILED | Ivan Carlson & Assoc. Inc. | 7100-000 | 15,698.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 98.24 | N/A | N/A | 0.00 |
| NOTFILED | Globalcom, Inc. | 7100-000 | 2,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Square | 7100-000 | 13,254.84 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 50,921.20 | N/A | N/A | 0.00 |
| NOTFILED | Kardas Photography Inc. | 7100-000 | 1,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Food For Thought Catering | 7100-000 | 21,844.16 | N/A | N/A | 0.00 |
| NOTFILED | Frost Lighting Co. of Illinois, Inc. | 7100-000 | 17,745.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | My Pro Bookkeepers, Inc. | 7100-000 | 1,392.50 | N/A | N/A | 0.00 |
| NOTFILED | Kloeckner Preferred Florist | 7100-000 | 7,015.00 | N/A | N/A | 0.00 |
| NOTFILED | RF Communications | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Windy City Limousine | 7100-000 | 26,449.23 | N/A | N/A | 0.00 |
| NOTFILED | USA Hosts Alliance | 7100-000 | 10,775.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliance Trust Company | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Prudential Life | 7100-000 | 929.80 | N/A | N/A | 0.00 |
| NOTFILED | Field Museum of Natural History | 7100-000 | 20,565.56 | N/A | N/A | 0.00 |
| NOTFILED | Prestige Resorts & Destinations | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Paetec | 7100-000 | 32.57 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta Business Solutions USA | 7100-000 | 655.10 | N/A | N/A | 0.00 |
| NOTFILED | DMS Destination Marketing Services | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| NOTFILED | Executive Coach Service | 7100-000 | 35,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Adaptive Easel | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Schorr | 7100-000 | 1,156.49 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 8,524.48 | N/A | N/A | 0.00 |
| NOTFILED | Aries Charter Transportation | 7100-000 | 677.00 | N/A | N/A | 0.00 |
| NOTFILED | Bart Louhi | 7100-000 | 31,197.24 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 96.61 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Trolley | 7100-000 | 6,807.75 | N/A | N/A | 0.00 |
| NOTFILED | Coach USA | 7100-000 | 7,293.00 | N/A | N/A | 0.00 |
| NOTFILED | City Lights Music, Inc. The Grand Ohio Building | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Classic Coaches | 7100-000 | 37,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Botanicals, Inc. | 7100-000 | 16,755.15 | N/A | N/A | 0.00 |
| NOTFILED | Carmel Music and Entertainment, LLC | 7100-000 | 2,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Bloomingdales | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | Bon Appetit | 7100-000 | 8,168.60 | N/A | N/A | 0.00 |
| NOTFILED | Blue Plate Events | 7100-000 | 50,282.38 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 542,310.70 | 591,366.05 | 591,366.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03330  
**Case Name:** IN THE LOOP-CHICAGO, INC.  

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 01/28/11 (f)  
**§341(a) Meeting Date:** 03/15/11  

**Period Ending:** 11/01/11  

**Claims Bar Date:** 06/29/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Bank of America Checking XXX648<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 164.76 | 164.76 | DA | 0.00 | FA |
| 2  Bank of America Checking XXXX655<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 85.11 | 85.11 | DA | 0.00 | FA |
| 3  MB Financial<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 15.00 | 15.00 | DA | 0.00 | FA |
| 4  Herman Miller Workstations (8), Herman Miller Wo<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 5  Accounts Receivable- Royalties  (u) | 0.00 | Unknown | | 6,067.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.23 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$15,264.87** | **$264.87** | | **$6,067.23** | **$0.00** |

RE PROP# 1    Subject to setoffs  
RE PROP# 2    Subject to setoffs  
RE PROP# 3    Subject to service charge  
RE PROP# 4    Order entered 4/6/11  

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012     **Current Projected Date Of Final Report (TFR):**    August 24, 2011  (Actual)

Printed: 11/01/2011 07:00 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-03330 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | IN THE LOOP-CHICAGO, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******65-65 - Money Market Account |
| Taxpayer ID #: | **-***8515 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/11 | {5} | HOSTS DESTINATION SERVICES LLC | Royalty for Qwest and Celgene programs | 1221-000 | 6,067.00 | | 6,067.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 6,067.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,067.06 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,067.10 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,067.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 11.64 | 6,055.51 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,055.56 |
| 09/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 6,055.59 |
| 09/21/11 | | To Account #9200******6566 | Close account and transfer for final distributions | 9999-000 | | 6,055.59 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,067.23 | 6,067.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,055.59 | |
| | | | Subtotal | | 6,067.23 | 11.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,067.23 | $11.64 | |

{} Asset reference(s)                                                                                                                Printed: 11/01/2011 07:00 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-03330  
**Case Name:** IN THE LOOP-CHICAGO, INC.

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account

**Taxpayer ID #:** **-***8515  
**Period Ending:** 11/01/11

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/11 | | From Account #9200******6565 | Close account and transfer for final distributions | 9999-000 | 6,055.59 | | 6,055.59 |
| 09/22/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,356.72, Trustee Compensation; Reference: | 2100-000 | | 1,356.72 | 4,698.87 |
| 09/22/11 | 102 | CJBS, LLC | Dividend paid 100.00% on $2,302.95, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,302.95 | 2,395.92 |
| 09/22/11 | 103 | Bank of America, N.A. | 2.69% dividend on Claim # 7, Ref: XXX XXXX # XXXXXX50-01 | 4210-000 | | 2,395.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,055.59 | 6,055.59 | $0.00 |
| | | | Less: Bank Transfers | | 6,055.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,055.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,055.59** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******65-65** | 6,067.23 | 11.64 | 0.00 |
| **Checking # 9200-******65-66** | 0.00 | 6,055.59 | 0.00 |
| | **$6,067.23** | **$6,067.23** | **$0.00** |

{} Asset reference(s)

Printed: 11/01/2011 07:00 AM  V.12.57